# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, et al., | Case No. 1:17-cv-01090-AWI-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFFS TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT BY NOVEMBER 27, 2017 |
| v. | |
| BALWANT BHAURLA, et al., | |
| Defendants. | |

A settlement conference in this action is set for November 29, 2017, at 9:00 a.m. before the undersigned. (ECF No. 21.) Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court at least seven court days prior to the conference date. (Id. at 1.) In this instance, the parties' confidential settlement statements were due November 22, 2017. The Court has timely received the confidential statement from Defendants. However, no statement has been received from Plaintiffs. On November 27, 2017, the courtroom deputy reached out to Plaintiffs' counsel regarding the failure to submit a confidential settlement statement and has received no response.

This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately

preparing for these matters.  They are not pro forma.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall submit their confidential settlement statement by November 27, 2017.  Failure to submit a confidential statement in compliance with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:  **November 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE