# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, et al., | Case No. 1:17-cv-01090-AWI-BAM |
| Plaintiff, | ORDER VACATING NOVEMBER 27, 2017 ORDER |
| v. | (ECF No. 23) |
| BALWANT BHAURLA, et al., | |
| Defendants. | |

On November 27, 2017, an order issued requiring Plaintiffs Dierdre Jacquot and Robert Jacquot to submit a confidential settlement statement. (ECF No. 23.) Subsequently, an e-mail was received from Plaintiffs indicating that the settlement statement was sent on November 17, 2017 to the Court. Accordingly, the order requiring Plaintiff to submit a confidential settlement statement by November 27, 2017 is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **November 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1