# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v<br><br>BALWANT BHAURLA, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01090-AWI-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>SEVEN DAY DEADLINE |

This action was filed on August 14, 2017. On November 29, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 29, 2017**　　　　　　　／s／ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1